CSD 1000 [12/01/03]
Name, Address, Telephone No. & I.D. No.

Kathleen McLean
6257 Thorn St
San Diego CA 92115

FILED
2018 NOV 28 PM 2:18

U.S. BA[NKRUPTCY COURT]
SO DIST [OF CALIF]

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Kathleen McLean

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-4620  Debtor.

BANKRUPTCY NO. 18-05977

[add if filing in response to hearing]
Date of Hearing:
Time of Hearing:
Name of Judge:

---

To Whom this may concern,

I am hoping to vacate the dismissal of my bankruptcy to save my home. I did not have the money for an atty and also did not qualify for free/reduced aid. I printed out all documents from the website and spent a lot of time researching and & reviewing before filling it out. I had a few papers handed back to me at the counter, when I turned in my schedules. I was told I didn't need them submitted until the meeting of creditors. Those missing papers got my Bankruptcy dismissed. I would be grateful if you would consider to put me in active bankruptcy. Thank you,

Kathleen McLean
11/28/18

- Sorry for my writing, I type everything.

CSD 1000

05977